# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-351-MOC-DCK

| CHRISTINA M. CLAUDIO, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| SONIC AUTOMOTIVE, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Compel Arbitration And Motion To Dismiss Or, In The Alternative, To Stay Proceedings Pending Arbitration" (Document No. 2) filed July 28, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is now ripe for review. Having carefully considered the motion, and noting Plaintiff's response that she would like to move forward with Arbitration (Document No. 6), the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Compel Arbitration And Motion To Dismiss Or, In The Alternative, To Stay Proceedings Pending Arbitration" (Document No. 2) is **GRANTED**. Plaintiff shall pursue her claims against Defendant through arbitration.

**IT IS FURTHER ORDERED** that this case is **STAYED** pending the results of arbitration.

**IT IS FURTHER ORDERED** that the parties shall file a status report with the Court, jointly if possible, on or before **December 31, 2011**.

Signed: August 10, 2011

David C. Keesler
United States Magistrate Judge