UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00351-MOC-DCK

| | |
|---|---|
| CHRISTINA M. CLAUDIO, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| SONIC AUTOMOTIVE, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on review of the stay pending arbitration and the Status Report (#10) filed by defendant on November 9, 2011. In that report, counsel for defendant states that plaintiff voluntarily abandoned her claims in arbitration, rendering this action moot as there is no longer an actual controversy between the parties. Defendant has supported such report with a number of exhibits documenting the arbitration process and plaintiff's abandonment of her claims.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED** with prejudice as there is no longer a case or controversy between these parties.

Signed: April 3, 2013

Max O. Cogburn Jr.
United States District Judge